EMILY LUTZ, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WESTWOOD TRANSPORTATION COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 31 *N. J. Super.* 285.

*Mr. Charles A. Rooney* for the petitioners.

*Mr. Louis Steisel, Mr. Edward S. Miller* and *Mr. David L. Horuvitz* for the respondents.

October 11, 1954.   Denied.

SARA BRODY, PLAINTIFF-RESPONDENT, v. ALBERT LIPSON & SONS, INC., DEFENDANT-PETITIONER.

*Messrs. Ryan & Saros* for the petitioner.

*Mr. Francis A. Gordon* and *Mr. Stanley W. Greenfield* for the respondent.

October 11, 1954.   Granted.